UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

KAMIL KUKLINESKI, individually and on behalf of all others similarly situated,

    *Plaintiff(s)*

v.

BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, et al.

    *Defendant(s)*

Case Number: 3:21-cv-1425

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of BAM Trading Services Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York and Massachusetts. The state and federal bar numbers issued to me are: 4191144 (NY); 675223 (MA) See Attachment A for Court Admissions.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: November 12, 2021
    Date

Signature of Movant

NYT Building, 620 Eighth Avenue
    Street Address

Daniel Roeser
    Printed Name

New York, New York 10018
    City, State, Zip

## ATTACHMENT A

| TITLE OF COURT | BAR NUMBER | DATE OF ADMISSION |
|---|---|---|
| United States Court of Appeals, First Circuit | 1142125 | 6/8/2010 |
| United States Court of Appeals, Second Circuit | N/A | 5/3/2021 |
| United States Court of Appeals, Ninth Circuit | N/A | 11/5/2012 |
| United States Court of Appeals, Eleventh Circuit | N/A | 5/3/2021 |
| United States District Court, Eastern District of New York | DR2380 | 6/1/2004 |
| United States District Court, Southern District of New York | DR2380 | 6/1/2004 |
| United States District Court, District of Massachusetts | 675223 | 7/13/2010 |
| United States District Court, Northern District of Illinois | 4191144 | 9/02/2016 |