# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

KAMIL KUKLINESKI, individually and on behalf of
all others similarly situated,

*Plaintiff(s)*

v.

BINANCE CAPITAL MANAGEMENT
CO, LTD. d/b/a BINANCE, et al.

*Defendant(s)*

Case Number:    3:21-cv-1425

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of   BAM Trading Services Inc.                              .

In support of this motion, I state:

1.      I am an attorney licensed to practice law and a member in good standing in the

District of Columbia,
State(s) of  Massachusetts, and New York                  . The state and federal bar numbers issued
1684647 (DC); 690023 (MA); 4941142 (NY)
to me are:  See Attachment "A" for Court Admissions         .

2.      I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: November 12, 2021
Date

1900 N. Street NW
Street Address

Washington, D.C. 20036
City, State, Zip

Signature of Movant

Ezekiel L. Hill
Printed Name

**ATTACHMENT A**

| TITLE OF COURT | BAR NUMBER | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of the United States | 311375 | 11/12/2019 |
| United State Court of Appeals, First Circuit | 1185265 | 9/18/2018 |
| United States District Court for the District of Massachusetts | 690023 | 12/16/2014 |
| United States District Court for the Eastern District of Michigan | N/A | 11/9/2017 |
| United States District Court for the Southern District of New York | 4941142 | 12/8/2020 |