THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-1425 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BAM Trading Services Inc., by its undersigned counsel, states that it is a wholly owned subsidiary of BAM Management Holdings, Inc., which is not publicly owned.

Dated:  November 12, 2021

Respectfully submitted,

GOODWIN PROCTER LLP

*/s/ Daniel Roeser*
Daniel Roeser
(*pro hac vice application pending*)
*droeser@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Ezekiel L. Hill
(*pro hac vice application pending*)
*ehill@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: + 1 202 346-4000
Fax: + 1 202 346-4444

*Attorneys for Defendant BAM Trading Services Inc.*

-1-

## CERTIFICATE OF SERVICE

I, Daniel Roeser, an attorney, hereby certify that, on November 12, 2021, I caused a true and complete copy of the foregoing to be electronically filed via the Court's ECF system and served on the following counsel of record via Electronic Mail:

Joel D. Beckwith
jbeckwith@freeark.com
FREEARK, DENNIS, MURPHY & MOSKOP, P.C.
115 W. Washington Street
P.O. Box 546
Belleville, Illinois 62222-0546
Tel.: 618-233-2686
Fax:  618-233-5677

*Attorneys for Plaintiff*

                                                          */s/ Daniel Roeser*
                                                          DANIEL ROESER