# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| KAMIL KUKLINESKI<br>*Plaintiff(s)*<br>v.<br>BINANCE CAPITAL MANAGEMENT CO., LTD., d/b/a BINANCE, BAM TRADING SERVICES INC., d/b/a BINANCE US, and JUMIO CORPORATION<br>*Defendant(s)* | Case Number:  3:21-cv-01425-SPM |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Jumio Corporation.

DATED:  November 19, 2021

s/Debra R. Bernard
Signature

Debra R. Bernard
Name

110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Address

312.324.8400
Phone Number

312.324.9400
Fax Number

dbernard@perkinscoie.com
E-Mail Address

Rev.  2/11