THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>        Defendants. | Civil Action No. 3:21-cv-01425-SPM |

**STIPULATION REGARDING
DEADLINE FOR RESPONSE TO COMPLAINT**

**WHEREAS**, on October 4, 2021, Plaintiff Kamil Kuklineski ("Plaintiff") filed a putative class action in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois (the "Action"); and

**WHEREAS**, on November 12, 2021, Defendant BAM Trading Services Inc. ("BAM") removed the Action to this Court.

**WHEREFORE**, Plaintiff, BAM, and Defendant Jumio Corporation ("Jumio") through their respective counsel, and subject to the Court's approval, hereby stipulate as follows:

1. The deadline for BAM and Jumio to respond to Plaintiff's complaint shall be January 10, 2022; and

2. BAM and Jumio do not waive any of their rights or defenses by agreeing to and/or filing this stipulation.

Dated: November 19, 2021

By: *s/ Joel D. Beckwith*
Joel D. Beckwith
jbeckwith@freeark.com
**FREEARK, DENNIS, MURPHY**
**& MOSKOP, P.C.**
P.O. Box 546
Belleville, IL 62222
Tel.: 618.233.2686

*Counsel for Plaintiff Kamil Kuklineski*

By: *s/ Debra R. Bernard*
Debra R. Bernard
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
DBernard@perkinscoie.com

Susan D. Fahringer*
Nicola C. Menaldo*
Anna Mouw Thompson*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
**Pro Hac Vice* application forthcoming

*Counsel for Defendant Jumio Corporation*

By: *s/ Daniel Roeser*
Daniel Roeser (*pro hac vice*)
droeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800

Ezekiel L. Hill (*pro hac vice*)
ehill@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: 202.346.4000

*Counsel for Defendant BAM Trading Services Inc.*

## SIGNATURE CERTIFICATION

I hereby certify that the other signatories have expressly agreed to the form and substance of this document.

                           *s/ Daniel Roeser*
                           Daniel Roeser

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the United States District Court for the Southern District of Illinois through the Court's ECF System on November 19, 2021.

*s/ Daniel Roeser*
Daniel Roeser
