# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| KAMIL KUKLINESKI et al., ) | |
| *Plaintiff(s)* ) | |
| v.  ) | Case Number: 3:21-cv-1425 |
| BINANCE CAPITAL MGMT. CO., LTD. et al.  ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Binance Cap. Mgmt. Co., Ltd.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York. The state and federal bar numbers issued to me are: 258486.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Dec 15, 2021
Date

*[signature]*
Signature of Movant

200 Park Avenue
Street Address

Alexander H. Southwell
Printed Name

New York, NY 10166
City, State, Zip