# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| KAMIL KUKLINESKI et al., <br> *Plaintiff(s)* <br> v. <br> BINANCE CAPITAL MGMT. CO., LTD. et al. <br> *Defendant(s)* | Case Number: 3:21-cv-1425 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Binance Capital Management Co., Ltd.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6296867.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Dec 16, 2021
Date

Signature of Movant

70 West Madison Street, Suite 2900
Street Address

Jacob L. Kahn
Printed Name

Chicago, Illinois 60602
City, State, Zip