**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | Case No. 3:21-cv-01425-SPM |
| v. | Hon. Stephen P. McGlynn |
| BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a/ BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, *and* JUMIO CORPORATION, | |
| Defendants. | |

**STIPULATION REGARDING DEADLINE FOR DEFENDANT
BINANCE CAPITAL MANAGEMENT CO., LTD.'S RESPONSE TO COMPLAINT**

WHEREAS, on October 4, 2021, Plaintiff Kamil Kuklineski ("Plaintiff") filed a putative class action in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois (the "Action");

WHEREAS, on November 12, 2021, Defendant BAM Trading Services Inc. ("BAM") removed the Action to this Court;

WHEREAS, Plaintiff alleges the registered agent for Defendant Binance Capital Management Co., Ltd. ("Binance") was served on October 15, 2021, but Binance asserts that it was never provided with a copy of the Complaint by its registered agent;

WHEREAS, Binance alleges it is a non-U.S. company without any relevant connections to this forum, and therefore it objects to the personal jurisdiction of this Court; and

WHEREAS, the undersigned counsel for Binance has contacted Plaintiff's counsel in an effort to eliminate the need for formal service and preserve Binance's ability to challenge whether this Court has personal jurisdiction and present its other defenses to the Action;

NOW, THEREFORE, Plaintiff and Binance, through their respective counsel, and subject to the Court's approval, hereby stipulate as follows:

1.      The deadline for Binance to respond to Plaintiff's Complaint shall be January 31, 2022; and

2.      Binance does not waive any of its rights or defenses (including its forthcoming personal jurisdiction challenge) by agreeing to and/or filing this stipulation.

Dated:  December 20, 2021

/s/  *Joel D. Beckwith*

Joel D. Beckwith
**FREEARK, DENNIS, MURPHY & MOSKOP, P.C.**
P.O. Box 546
Belleville, IL 62222
Tel: 618-233.2686
jbeckwith@freeark.com


*Counsel for Plaintiff Kamil Kuklineski*

Respectfully submitted,

/s/  *Jacob L. Kahn*

Alexander H. Southwell*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-3981
asouthwell@gibsondunn.com

Christopher Chorba**
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 212-229-7396
cchorba@gibsondunn.com

Jacob L. Kahn, #6296867*
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois  60602
Tel: 312-471-8700
jkahn@rshc-law.com

*admitted pro hac vice
** pro hac application to be submitted*

*Counsel for Defendant Binance Capital Management Co., Ltd.*

## **SIGNATURE CERTIFICATION**

I hereby certify that the other signatories have expressly agreed to the form and substance of this document.

/s/   *Jacob L. Kahn*
Jacob L. Kahn

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on December 20, 2021, which will send notification of such filing to all counsel of record.

/s/   *Jacob L. Kahn*
Jacob L. Kahn

- 3 -