THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM |

**STIPULATION REGARDING
<u>DEADLINE FOR RESPONSE TO COMPLAINT</u>**

**WHEREAS**, on November 19, 2021, Plaintiff Kamil Kuklineski ("Plaintiff"), Defendant BAM Trading Services Inc. ("BAM"), and Defendant Jumio Corporation ("Jumio"), through their respective counsel, filed a stipulation to extend the deadline for BAM and Jumio to respond to Plaintiff's complaint to January 10, 2022;

**WHEREAS**, on November 22, 2021, the Court so-ordered the stipulation and extended the deadline for BAM and Jumio to respond to Plaintiff's complaint to January 10, 2022;

**WHEREAS**, on December 20, 2021, Plaintiff and Defendant Binance Capital Management Co., Ltd. ("Binance"), through their respective counsel, filed a stipulation to extend the deadline for Binance to respond to Plaintiff's complaint to January 31, 2022;

**WHEREAS**, on December 21, 2021, the Court so-ordered the stipulation and extended the deadline for Binance to respond to Plaintiff's complaint to January 31, 2022; and

**WHEREAS**, Plaintiff, BAM, and Jumio believe that the interests of efficiency and

judicial economy will be best served by setting the same deadline for all Defendants to respond to Plaintiff's complaint.

**NOW, THEREFORE,** Plaintiff, BAM, and Jumio, through their respective counsel, and subject to the Court's approval, hereby stipulate as follows:

1. The deadline for BAM and Jumio to respond to Plaintiff's complaint shall be January 31, 2022; and

2. BAM and Jumio do not waive any of their rights or defenses by agreeing to and/or filing this stipulation.

Dated:  December 27, 2021

| | |
|---|---|
| By: /s/ *Joel D. Beckwith* (with permission)<br>Joel D. Beckwith<br>jbeckwith@freeark.com<br>**FREEARK, DENNIS, MURPHY**<br>**& MOSKOP, P.C.**<br>P.O. Box 546<br>Belleville, IL 62222<br>Tel.: 618.233.2686<br><br>*Counsel for Plaintiff Kamil Kuklineski*<br><br>By: /s/ *Debra R. Bernard* (with permission)<br>Debra R. Bernard<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400<br>DBernard@perkinscoie.com<br><br>Susan D. Fahringer*<br>Nicola C. Menaldo<br>Anna Mouw Thompson<br>AnnaThompson@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 | By: /s/ *Daniel Roeser*<br>Daniel Roeser (*pro hac vice*)<br>droeser@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 212.813.8800<br><br>Ezekiel L. Hill (*pro hac vice*)<br>ehill@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>1900 N Street NW<br>Washington, DC 20036<br>Tel.: 202.346.4000<br><br>*Counsel for Defendant BAM*<br>*Trading Services Inc.* |

Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
*Pro Hac Vice application forthcoming

*Counsel for Defendant Jumio Corporation*

## SIGNATURE CERTIFICATION

I hereby certify that the other signatories have expressly agreed to the form and substance of this document.

                                              */s/ Daniel Roeser*
                                               Daniel Roeser

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the United States District Court for the Southern District of Illinois through the Court's ECF System on December 27, 2021.

/s/ *Daniel Roeser*
Daniel Roeser