**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM |

**ENTRY OF APPEARANCE**

Comes now Joel D. Beckwith of the firm of Freeark, Dennis, Murphy & Moskop, P.C. and enters his appearance as lead counsel for the plaintiff, Kamil Kuklineski, individually and on behalf of all others similarly situated, in the above-captioned matter.

FREEARK, DENNIS, MURPHY & MOSKOP, P.C.

BY:  /s/ Joel D. Beckwith
JOEL D. BECKWITH #6315207
115 W. Washington Street
P.O. Box 546
Belleville, IL 62222-0546
jbeckwith@freeark.com
618-233-2686
618-233-5677(fax)
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on December 28, 2021 I electronically filed the Entry of Appearance of Joel D. Beckwith as lead counsel for plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Alexander Southwell
    *asouthwell@gibsondunn.com*
    Jacob Kahn
    *jkahn@rshc-law.com*
    Attorneys for Binance Capital Management Co., Ltd.

    Daniel P. Roeser
    *droeser@goodwinlaw.com*
    Ezekiel L. Hill
    *ehill@goodwinlaw.com*
    Attorneys for BAM Trading Service, Inc.

    Anna Mouw Thompson
    *annathompson@perkinscoie.com*
    Debra R. Bernard
    *dbernard@perkinsscoie.com*
    Nicola Menaldo
    *nmendalo@perkinsscoie.com*
    Attorneys for Jumio Corporation

    Respectfully submitted,

    /s/ Joel D. Beckwith
    JOEL D. BECKWITH
    115 West Washington Street
    P.O. Box 546
    Belleville, IL  62220
    jbeckwith@freeark.com
    618-233-2686
    618-233-5677 (fax)
    Attorney Bar #6315207