# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| KAMIL KUKLINESKI<br>*Plaintiff(s)*<br>v.<br>BINANCE CAPITAL MANAGEMENT CO., LTD., d/b/a BINANCE, BAM TRADING SERVICES INC., d/b/a BINANCE US, and JUMIO CORPORATION<br>*Defendant(s)* | Case Number:   3:21-cv-01425-SPM |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Jumio Corporation.

DATED:  January 7, 2022

s/Susan D. Fahringer
Signature

Susan D. Fahringer, #6331227
Name

1201 Third Avenue, Suite 4900
Seattle, WA 98101
Address

206.359.8000
Phone Number

206.359.9000
Fax Number

SFahringer@perkinscoie.com
E-Mail Address

Rev.  2/11