## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>      Defendants. | Civil Action No. 3:21-cv-01425-SPM |

## ENTRY OF APPEARANCE

Comes now Shane M. Moskop of the firm of Freeark, Dennis, Murphy & Moskop, P.C. and enters his appearance as additional counsel for the plaintiff, Kamil Kuklineski, individually and on behalf of all others similarly situated, in the above-captioned matter.

                                                FREEARK, DENNIS, MURPHY & MOSKOP, P.C.

                            BY:    /s/ *Shane M. Moskop*
                                              SHANE M. MOSKOP, #6286915
                                              115 W. Washington Street
                                              P.O. Box 546
                                              Belleville, IL 62222-0546
                                              smoskop@freeark.com
                                              618-233-2686
                                              618-233-5677(fax)
                                              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2022 I electronically filed the Entry of Appearance of Shane M. Moskop as additional counsel for plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Southwell
*asouthwell@gibsondunn.com*
Jacob Kahn
*jkahn@rshc-law.com*
Attorneys for Binance Capital Management Co., Ltd.

Daniel P. Roeser
*droeser@goodwinlaw.com*
Ezekiel L. Hill
*ehill@goodwinlaw.com*
Attorneys for BAM Trading Service, Inc.

Anna Mouw Thompson
*annathompson@perkinscoie.com*
Debra R. Bernard
*dbernard@perkinsscoie.com*
Nicola Menaldo
*nmendalo@perkinsscoie.com*
Attorneys for Jumio Corporation

                Respectfully submitted,

                /s/  Shane M. Moskop
                SHANE M. MOSKOP
                115 West Washington Street
                P.O. Box 546
                Belleville, IL  62220
                smoskop@freeark.com
                618-233-2686
                618-233-5677 (fax)
                Attorney Bar #6286915