# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| KAMIL KUKLINESKI<br>*Plaintiff(s)*<br>v.<br>BINANCE CAPTIAL MANAGEMENT CO., LTD., d/b/a BINANCE, BAM TRADING SERVICES INC., d/b/a BINANCE US, and JUMIO CORPORATION<br>*Defendant(s)* | Case Number:  3:21-cv-01425-SPM |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Kamil Kuklineski.

DATED:  January 27, 2022

/s/ Katrina Carroll
Signature

Katrina Carroll
Name

111 W. Washington Street, Suite 1240
Chicago, IL 60602
Address

312-750-1265
Phone Number

773-598-5609
Fax Number

katrina@lcllp.com
E-Mail Address

Rev.  2/11