**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| KAMIL KUKLINESKI, individually, and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US and Jumio Corporation,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

-2-

Pursuant to Federal Rule of Civil Procedure 7.1, Jumio Corporation hereby certifies that it is a non-governmental corporate party, is wholly owned by its parent company, Jumio Holdings, Inc., and has no publicly held affiliate that owns more than 10% of the corporation.

Dated: January 31, 2022

Respectfully submitted,

 /s/ Susan D. Fahringer

Susan D. Fahringer
Nicola C. Menaldo (*Pro Hac Vice*)
Anna Mouw Thompson (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@Perkisncoie.com
NMenaldo@Perkinscoie.com
AnnaThompson@perkinscoie.com

Debra R. Bernard
**PERKINS COIE LLP**
110 North Wacker Drive
34th Floor
Chicago, IL 60606
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
DBernard@perkinscoie.com

*Attorneys for Defendant Jumio Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2022, a copy of the foregoing was filed electronically and sent to all counsel of record by operation of the Court's CM/ECF System.

*/s/ Susan D. Fahringer*