THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINESKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM<br><br>Judge:   Hon. Stephen P. McGlynn |

**DECLARATION OF EZEKIEL L. HILL IN SUPPORT OF DEFENDANT
BAM TRADING SERVICES INC.'S MOTION TO DISMISS THE COMPLAINT**

I, Ezekiel L. Hill, declare as follows:

1. I am a partner of the law firm Goodwin Procter LLP, counsel for Defendant BAM Trading Services Inc. ("BAM") in the above-captioned matter. I am an attorney in good standing of the bars of the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I respectfully submit this declaration in support of BAM's Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of BAM's Terms of Use as last updated on April 26, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of BAM's Platform Trading Rules as last revised on September 18, 2019.

4.      Attached hereto as Exhibit C is a true and correct copy of BAM's MSB Registration Status Information dated January 31, 2022.

5.      Attached hereto as Exhibit D is a true and correct copy of BAM's Privacy Policy as last updated on July 7, 2021.

I declare the foregoing is true and correct under penalty of perjury.  Executed on this 31st day of January, 2022, in Washington, DC.

_/s/ Ezekiel L. Hill_____
Ezekiel L. Hill

## CERTIFICATE OF SERVICE

    I, Ezekiel L. Hill, an attorney, hereby certify that, on January 31, 2022, I caused the foregoing to be electronically filed via the Court's CM/ECF system, which effected service on all counsel of record.

                                                  */s/ Ezekiel L. Hill*
                                                  Ezekiel L. Hill