**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| KAMIL KUKLINESKI, individually, and on behalf of similarly situated individuals, | Civil Action No. 3:21-cv-01425-SPM |
| Plaintiff, | |
| v. | |
| BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US and Jumio Corporation, | |
| Defendants. | |

<u>**NOTICE OF CONSTITUTIONAL QUESTION**</u>

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B), that Defendant Jumio Corporation's Motion to Dismiss questions the constitutionality of Illinois' Biometric Information Privacy Act, 740 ILCS 14/1 *et seq*. ("BIPA"). Specifically, Jumio argues that if BIPA section 14/15(b) were interpreted to be violated by Jumio's conduct as alleged in Plaintiff Kamil Kuklineski's complaint, then its restrictions would violate the First Amendment of the United States Constitution under either strict or intermediate scrutiny.

Dated:  February 1, 2022                    Respectfully submitted,


                              /s/ Susan D. Fahringer

                              Susan D. Fahringer
                              Nicola C. Menaldo (*Pro Hac Vice*)
                              Anna Mouw Thompson (*Pro Hac Vice*)
                              **PERKINS COIE LLP**
                              1201 Third Avenue, Suite 4900
                              Seattle, WA  98101-3099
                              Telephone: (206) 359-8000
                              Facsimile: (206) 359-9000
                              SFahringer@Perkinscoie.com
                              NMenaldo@Perkinscoie.com
                              AnnaThompson@perkinscoie.com

                              Debra R. Bernard
                              **PERKINS COIE LLP**
                              110 North Wacker Drive
                              34th Floor
                              Chicago, IL 60606
                              Telephone: (312) 324-8400
                              Facsimile: (312) 324-9400
                              DBernard@perkinscoie.com

                              *Attorneys for Defendant Jumio Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 1, 2022, a copy of the foregoing was filed electronically and sent to all counsel of record by operation of the Court's CM/ECF System.

A copy of the foregoing and Jumio Corporation's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support were also sent by certified mail to:

Kwame Raoul
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

*/s/ Susan D. Fahringer*