IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a/ BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, *and* JUMIO CORPORATION,<br><br>    Defendants. | Case No. 3:21-cv-01425-SPM<br><br>Hon. Stephen P. McGlynn |

### ENTRY OF APPEARANCE FOR ALEXANDER H. SOUTHWELL

Comes now Alexander H. Southwell of the firm of Gibson, Dunn & Crutcher LLP and enters his appearance as counsel for defendant Binance Capital Management Co., Ltd. in the above-captioned matter.

Dated:  February 8, 2022

Respectfully submitted,

/s/  *Alexander H. Southwell*

Alexander H. Southwell*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue New York, NY 10166
Tel: 212-351-3981
asouthwell@gibsondunn.com

**admitted pro hac vice*

*Counsel for Defendant Binance Capital Management Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 8, 2022, which will send notification of such filing to all counsel of record.

/s/   *Alexander H. Southwell*
Alexander H. Southwell