IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a/ BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, *and* JUMIO CORPORATION,<br><br>    Defendants. | Case No. 3:21-cv-01425-SPM<br><br>Hon. Stephen P. McGlynn |

## ENTRY OF APPEARANCE FOR JACOB L. KAHN

Comes now Jacob L. Kahn of the firm of Riley Safer Holmes & Cancila LLP and enters his appearance as lead counsel for defendant Binance Capital Management Co., Ltd. in the above-captioned matter.

Dated:  February 8, 2022

Respectfully submitted,

/s/  *Jacob L. Kahn*

Jacob L. Kahn, #6296867*
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois  60602
Tel: 312-471-8700
jkahn@rshc-law.com

**admitted pro hac vice*

*Counsel for Defendant Binance Capital Management Co., Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 8, 2022, which will send notification of such filing to all counsel of record.

                                                      /s/   *Jacob L. Kahn*  
                                                          Jacob L. Kahn