IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a/ BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, *and* JUMIO CORPORATION,<br><br>　　　　Defendants. | Case No. 3:21-cv-01425-SPM<br><br>Hon. Stephen P. McGlynn |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

　　　Pursuant to Federal Rule of Civil Procedure 7.1, Binance Capital Management, Co., Ltd. hereby certifies that it is a non-governmental corporate party, and does not have a parent corporation or a publicly held corporation that owns more than 10% of the corporation.

Dated:  February 8, 2022

Respectfully submitted,

/s/  *Jacob L. Kahn*

Alexander H. Southwell*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue New
York, NY 10166Tel:
212-351-3981
asouthwell@gibsondunn.com

Jacob L. Kahn, #6296867*
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois  60602
Tel: 312-471-8700
jkahn@rshc-law.com

**admitted pro hac vice*

*Counsel for Defendant Binance Capital Management Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 8, 2022, which will send notification of such filing to all counsel of record.

                                                /s/   *Jacob L. Kahn*
                                                     Jacob L. Kahn