IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 3:21-cv-01425-SPM |

**PLAINTIFF'S MOTION TO AMEND CASE CAPTION**

Comes now the Plaintiff, by counsel, and respectfully moves this Court to enter an Order amending the case caption to reflect Plaintiff's full name and corrected name of defendant BAM Trading Services, Inc. d/b/a Binance.US. The bases for this motion are fully set forth in the accompanying memorandum.

　　　　　　　　　　　　　　　　　　FREEARK, DENNIS, MURPHY & MOSKOP, P.C.

　　　　　　　　　BY:　/s/ Joel D. Beckwith
　　　　　　　　　　　　JOEL D. BECKWITH #6315207
　　　　　　　　　　　　115 W. Washington Street, P.O. Box 546
　　　　　　　　　　　　Belleville, IL 62222-0546
　　　　　　　　　　　　jbeckwith@freeark.com
　　　　　　　　　　　　618-233-2686 - 618-233-5677(fax)
　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Southwell
*asouthwell@gibsondunn.com*
Jacob Kahn
*jkahn@rshc-law.com*
Attorneys for Binance Capital Management Co., Ltd.

Daniel P. Roeser
*droeser@goodwinlaw.com*
Ezekiel L. Hill
*ehill@goodwinlaw.com*
Attorneys for BAM Trading Service, Inc.

Anna Mouw Thompson
*annathompson@perkinscoie.com*
Debra R. Bernard
*dbernard@perkinsscoie.com*
Nicola Menaldo
*nmendalo@perkinsscoie.com*
Attorneys for Jumio Corporation

              Respectfully submitted,

              /s/ Joel D. Beckwith
              JOEL D. BECKWITH
              115 West Washington Street, P.O. Box 546
              Belleville, IL  62220
              jbeckwith@freeark.com
              618-233-2686 - 618-233-5677 (fax)
              Attorney Bar #6315207