IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND CASE CAPTION

Plaintiff respectfully files this motion to amend the case caption to reflect Plaintiff's full name and correct defendant's name, Plaintiff states as follows:

1. On October 4, 2021, Plaintiff filed the Complaint in this action.

2. Plaintiff's counsel was recently advised that the spelling of plaintiff's last name is incorrect. The correct spelling of plaintiff's last name is Kuklinski.

3. Plaintiff's counsel has also learned that defendant Bam Trading Services d/b/a Binance.US is incorrect and should read Bam Trading Services, Inc. d/b/a Binance.US.

4. Accordingly, Plaintiff requests that the Court amend the case caption to reflect the correct spelling of plaintiff's last name to be Kuklinski, and defendant Bam Trading Services d/b/a Binance.US to be Bam Trading Services, Inc. d/b/a Binance.US.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's motion to amend the case caption to reflect the corrected names in the caption.

                    FREEARK, DENNIS, MURPHY & MOSKOP, P.C.

BY:   /s/ Joel D. Beckwith
       JOEL D. BECKWITH #6315207
       115 W. Washington Street, P.O. Box 546
       Belleville, IL 62222-0546
       jbeckwith@freeark.com
       618-233-2686 - 618-233-5677(fax)
       ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Southwell
*asouthwell@gibsondunn.com*
Jacob Kahn
*jkahn@rshc-law.com*
Attorneys for Binance Capital Management Co., Ltd.

Daniel P. Roeser
*droeser@goodwinlaw.com*
Ezekiel L. Hill
*ehill@goodwinlaw.com*
Attorneys for BAM Trading Service, Inc.

Anna Mouw Thompson
*annathompson@perkinscoie.com*
Debra R. Bernard
*dbernard@perkinsscoie.com*
Nicola Menaldo
*nmendalo@perkinsscoie.com*
Attorneys for Jumio Corporation

Respectfully submitted,

/s/ Joel D. Beckwith
JOEL D. BECKWITH
115 West Washington Street, P.O. Box 546
Belleville, IL  62220
jbeckwith@freeark.com
618-233-2686 - 618-233-5677 (fax)
Attorney Bar #6315207