IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINESKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES d/b/a BINANCE.US *and* JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM |

### **MOTION FOR EXPEDITED RULING**

COMES NOW the Plaintiff, by and through his counsel, and for his Motion for Expedited Ruling states as follows:

1. Plaintiff's counsel has contacted defense counsel for Binance Capital Management Co., Ltd. d/b/a Binance, BAM Trading Services d/b/a Binance.US and Jumio Corporation and they have stated that they have no objection to the plaintiff's Motion to Amend Case Caption.

2. Due to the lack of any objection on behalf of the defendants, the plaintiff requests that the Motion to Amend Case Caption be granted and an expedited ruling be made so that plaintiff can timely file his responsive pleadings with the correct and accurate case caption.

3. Defendant Binance.US has requested only that the comma be removed from the entity name.

WHEREFORE plaintiff requests that this Honorable Court make an expedited ruling granting his Motion to Amend Case Caption and changing the spelling of plaintiff's last name from "Kuklineski" to "Kuklinski" and changing defendant "BAM Trading Services d/b/a Binance.US" to "BAM Trading Services Inc. d/b/a Binance.US" and for such other relief as this Court deems just and proper.

FREEARK, DENNIS, MURPHY & MOSKOP, P.C.

BY: /s/ Joel D. Beckwith
JOEL D. BECKWITH #6315207
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
jbeckwith@freeark.com
618-233-2686 - 618-233-5677(fax)
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Southwell
*asouthwell@gibsondunn.com*
Jacob Kahn
*jkahn@rshc-law.com*
Attorneys for Binance Capital Management Co., Ltd.

Daniel P. Roeser
*droeser@goodwinlaw.com*
Ezekiel L. Hill
*ehill@goodwinlaw.com*
Attorneys for BAM Trading Service, Inc.

Anna Mouw Thompson
*annathompson@perkinscoie.com*
Debra R. Bernard
*dbernard@perkinsscoie.com*
Nicola Menaldo
*nmendalo@perkinsscoie.com*
Attorneys for Jumio Corporation

        Respectfully submitted,

        <u>/s/ Joel D. Beckwith</u>
        JOEL D. BECKWITH
        115 West Washington Street, P.O. Box 546
        Belleville, IL  62220
        jbeckwith@freeark.com
        618-233-2686 - 618-233-5677 (fax)
        Attorney Bar #6315207