# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, et al.

*Defendant(s)*

)
) Case Number:   3:21-cv-01425-SPM
)
)
)

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of BAM Trading Services Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: CA Bar No. 328161  See Attachment A for Court Admissions.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: February 25, 2022
Date

*(signature)* Megan Bettles
Signature of Movant

Three Embarcadero Center, 28th floor
Street Address

Megan D. Bettles
Printed Name

San Francisco, CA 94111-4003
City, State, Zip

## ATTACHMENT A

| TITLE OF COURT | BAR NUMBER |
|---|---|
| United States District Court, Northern District of California | 328161 |