THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BINANCE CAPITAL MANAGEMENT CO, LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 3:21-cv-01425-SPM<br><br>Judge:　　Hon. Stephen P. McGlynn |

**MOTION TO WITHDRAW EZEKIEL HILL AS COUNSEL OF RECORD FOR DEFENDANT BAM TRADING SERVICES INC.**

Defendant BAM Trading Services Inc. ("BAM") hereby moves to withdraw the appearance of Ezekiel Hill as one of the attorneys of record. In support thereof, BAM states as follows:

1.　BAM seeks to withdraw the appearance of Mr. Hill because he is no longer employed by the law firm of Goodwin Procter LLP ("Goodwin") effective February 25, 2022.

2.　Attorneys Daniel Roeser, Brendan Blake, and Megan D. Bettles of Goodwin have entered appearances on behalf of BAM in this matter and will continue their representation of BAM.

3.　No prejudice to the parties to this action will ensue by granting this motion, and there will be no disruption in the proceedings by granting this motion.

WHEREFORE, BAM respectfully requests that this Court grant the motion and allow Mr. Hill to withdraw his appearance from this case.

Dated:  March 15, 2022                                     Respectfully submitted

GOODWIN PROCTER LLP

*/s/ Daniel Roeser*
Daniel Roeser (admitted *pro hac vice*)
*droeser@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Brendan Blake (admitted *pro hac vice*)
*BBlake@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

Megan D. Bettles (admitted *pro hac vice*)
*MBettles@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA  94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Defendant BAM Trading Services Inc.*

## CERTIFICATE OF SERVICE

    I, Daniel Roeser, an attorney, hereby certify that, on **March 15, 2022,** I caused a true and complete copy of the foregoing to be electronically filed via the Court's ECF system which effected service on all counsel of record.

                                                    */s/ Daniel Roeser*
                                                    DANIEL ROESER