# EXHIBIT C

UNITED STATES OF AMERICA

STATE OF ILLINOIS                                                                COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

JANE DOE
                    Plaintiff

        -VS-                              2020L001400
                                          CASE NUMBER
ELMHURST UNIVERSITY
                    Defendant

**FILED**

21 Jun 09   AM 08:56

Candice Adams

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

ORDER

This cause coming to be heard on Defendant Elmhurst University's ("Elmhurst") Section 2-619.1 Motion for Summary Judgment and Alternative Motion to dismiss (the "Section 2-619.1 Motion") and Supplemental 2-615 Motion to Dismiss (the "Supplemental Motion to Dismiss"), due notice having been given and the Court being fully advised in the premises, and for the reasons stated on the record and reflected in the transcript, THE COURT HEREBY HOLDS THAT:

1. The term "financial institution" in Section 14/25(c) of the Illinois Biometric Information Privacy Act ("BIPA") means an entity that is subject to Title V of the Gramm-Leach-Bliley Act of 1999, 15 U.S.C. § 6801, *et seq.* ("GLBA") and the rules promulgated thereunder; and
2. Elmhurst has not satisfied its burden of establishing that it is a financial institution subject to the GLBA.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Supplemental Motion to Dismiss is DENIED without prejudice.
2. Elmhurst shall have June 22, 2021 to file a renewed motion to dismiss under Section 2-619 raising the argument that Elmhurst is exempt under BIPA pursuant to Section 14/25(c), or to otherwise answer or respond to Plaintiff's Complaint.
3. The Section 2-619.1 Motion is entered and continued.

Submitted by: CHRISTOPHER ALLEN
Attorney Firm: MCDONALD HOPKINS LLC
DuPage Attorney Number: 21532
Attorney for: ELMHURST UNIVERSITY
Address: 300 N. LASALLE STREET, SUITE 1400
City/State/Zip: CHICAGO, IL, 60654
Phone number: 312-642-6922
Email : callen@mcdonaldhopkins.com

Entered: File Date: 06/09/2021
JUDGE BRYAN CHAPMAN
Validation ID : DP-06092021-0856-29940

Date: 06/09/2021