THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01425-SPM<br><br>Judge:    Hon. Stephen P. McGlynn |

**DECLARATION OF BRENDAN R. BLAKE IN SUPPORT OF DEFENDANT
BAM TRADING SERVICES INC.'S MOTION TO DISMISS
THE AMENDED COMPLAINT**

I, Brendan R. Blake, declare as follows:

1.  I am an associate of the law firm Goodwin Procter LLP, counsel for Defendant BAM Trading Services Inc. ("BAM") in the above-captioned matter. I am an attorney in good standing of the bar of the State of New York. I respectfully submit this declaration in support of BAM's Motion to Dismiss the Amended Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of the dismissal order in the matter Jane Doe v. Northwestern University, No. 21 C 1579 (N.D. Ill. Feb. 22, 2022).

3.  Attached hereto as Exhibit B is a true and correct copy of the transcript of the oral argument for the motion to dismiss in the matter Jane Doe v. Elmhurst University, 2020-L-001400 (Ill. Cir. Ct. DuPage Cty. Nov. 18, 2021).

      4.      Attached hereto as Exhibit C is a true and correct copy of BAM's Privacy Policy as last updated on July 7, 2021.

      5.      Attached hereto as Exhibit D is a true and correct copy of BAM's Terms of Use as last updated on January 4, 2022.

      6.      Attached hereto as Exhibit E is a true and correct copy of BAM's Platform Trading Rules as last revised on September 18, 2019.

      7.      Attached hereto as Exhibit F is a true and correct copy of BAM's MSB Registration Status Information as viewed on March 15, 2022.

      8.      Attached hereto as Exhibit G is a true and correct copy of BAM's Transmitter of Money License No. MT.0000392 issued by the Illinois Department of Financial and Professional Regulation.

I declare the foregoing is true and correct under penalty of perjury.  Executed on this 15th day of March, 2022, in Boston, MA.

                                                                */s/ Brendan R. Blake*
                                                                  Brendan R. Blake

## CERTIFICATE OF SERVICE

    I, Brendan R. Blake, an attorney, hereby certify that, on March 15, 2022, I caused the foregoing to be electronically filed via the Court's CM/ECF system, which effected service on all counsel of record.

                                                */s/ Brendan R. Blake*
                                                Brendan R. Blake