# EXHIBIT G

 Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**License**

| License | License Type | Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| MT.0000392 | Transmitter of Money | 01/27/2021 | 12/31/2022 | ACTIVE |

**Contact**

| Name | Address | Toll Free Phone |
|---|---|---|
| BAM Trading Services Inc | BAM Trading Services Inc Christopher Robins One Letterman Drive, Building C, Suite C3-800 The Presidio of San Francisco San Francisco, CA 94129 | |

Generated on:  3/15/2022 2:35:34 PM