IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES, INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>    Defendants. | Case No.: 3:21-cv-01425-SPM |

## MOTION FOR EXTENSION OF TIME

Plaintiff KAMIL KUKLINSKI respectfully requests that the Court grant him a fourteen (14) day extension to file his responses in opposition to the three motions to dismiss filed by Defendants BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES, INC. d/b/a BINANCE.US and JUMIO CORPORATION.  In support of this motion, Plaintiff states as follows:

    1.    On March 15, 2022, Defendants Binance, BAM, and Jumio all filed motions to dismiss.  Each of the three motions sets forth several grounds for dismissal, with Binance making arguments premised on specific and general jurisdiction and BAM and Jumio arguing for dismissal based on, *inter alia*, statutory preemption, choice of law, the extraterritorial application of BIPA, prior release of claims, and constitutional grounds.   These arguments are varied and complex.

    2.    On March 16, 2022, the Court entered a Minute Order setting Plaintiff's response deadline as April 15, 2022.  ECF Doc. No. 58.

3. Plaintiff's counsel is currently in the midst of a string of depositions in another case, continuing over the next two weeks, and has two major filing deadlines approaching in early April. Given those commitments in conjunction with school spring break scheduling, Plaintiff's counsel requires an additional fourteen days to adequately respond to the three separate motions.

4. Accordingly, Plaintiff respectfully requests that the Court grant this motion and extend Plaintiff's deadline to respond to the three defendants' motions to dismiss from April 15, 2022 to April 29, 2022.

5. This is Plaintiff's first request for an extension. Plaintiff's counsel informed defense counsel of his intent to file this motion via email on Monday, March 21, 2022. Jumio and BAM do not oppose the motion; Binance has not communicated any position.

Dated: March 23, 2022

**LYNCH CARPENTER, LLP**

BY: */s/ Katrina Carroll*
KATRINA CARROLL
KYLE SHAMBERG
111 W. Washington Street, Suite 1240
Chicago, IL 60602
katrina@lcllp.com
kyle@lcllp.com
312-750-1265 - 773-598-5609 (fax)

**FREEARK, DENNIS, MURPHY & MOSKOP, P.C**.

JOEL D. BECKWITH
SHANE M. MOSKOP
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
jbeckwith@freeark.com
smoskop@freeark.com
618-233-2686 - 618-233-5677(fax)

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander Southwell
*asouthwell@gibsondunn.com*
Jacob Kahn
*jkahn@rshc-law.com*
Attorneys for Binance Capital Management Co., Ltd.

Daniel P. Roeser
*droeser@goodwinlaw.com*
Ezekiel L. Hill
*ehill@goodwinlaw.com*
Attorneys for BAM Trading Service, Inc.

Susan Fahringer
*sfahringer@perkinscoie.com*
Anna Mouw Thompson
*annathompson@perkinscoie.com*
Debra R. Bernard
*dbernard@perkinsscoie.com*
Nicola Menaldo
*nmendalo@perkinsscoie.com*
Attorneys for Jumio Corporation

                */s/ Katrina Carroll*