IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAMIL KUKLINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-cv-1425-SPM |
| | ) | |
| | ) | |
| BIANCE CAPITAL MANAGEMENT | ) | |
| CO., LTD., ET AL., | ) | |
| | ) | |
| Defendants. | | |

# MANDATORY MEDIATION REFERRAL ORDER

**MCGLYNN, District Judge:**

The above captioned action has been identified as a Non-Exempt Civil Case subject to automatic referral into the Court's Mandatory Mediation Program.[1] Counsel are **DIRECTED** to review the Court's Mandatory Mediation Plan prior to the Rule 16 conference, which is available at:

http://www.ilsd.uscourts.gov/Mediation/MediationMain.aspx.

**Please note the following:**

- Prior to the Rule 16 scheduling conference, counsel shall confer about the Mandatory Mediation Program as part of their discussion of "the possibilities for promptly settling or resolving the case" pursuant to Fed. R. Civ. P. 26(f). The parties shall attempt to agree upon a mediator and, at the scheduling conference, shall be prepared to report on the outcome of their discussion pursuant to Rule 16.

- Unless otherwise ordered, the following mediation deadlines shall apply:

    o The parties shall have **28 days** from the Rule 16 Conference in which to select a mediator and file a stipulation with the Court regarding their

---

[1] In the Southern District of Illinois, all civil actions shall be automatically referred into the Court's Mandatory Mediation Program except those cases that have been designated as exempt pursuant to § 2.1(A)(2) of the Mandatory Mediation Plan.

selection.

- The **mandatory two-hour mediation session** shall be completed no later than **30 days** before the discovery cut-off date.

- The **mandatory mediation proceedings** shall be completed no later than **15 days** after the discovery cut-off date.

**IT IS SO ORDERED.**

**DATED: 5/17/2022**

 s/STEPHEN P. MCGLYNN
Stephen P. McGlynn
United States District Judge
