IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3:21-cv-01425-SPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Kamil Kuklinski and Defendants Binance Capital Management Co., Ltd ("BCM"); BAM Trading Services Inc. ("BAM") and Jumio Corporation, by and through undersigned counsel, submit the following Joint Status Report as requested by this Court's Order dated July 29, 2022. ECF Doc. No. 78.

Plaintiff's counsel served written jurisdictional discovery on BCM and BAM on August 12, 2022 and received responses and objections on September 12, 2022.

Upon review of these responses and consultation among counsel, and in light of privacy policy BIPA updates by Defendant BAM,[1] Plaintiff now wishes to focus discovery efforts on the domestic Defendants and stand on his First Amended Complaint and, should the Court deny the Defendants' pending Motions to Dismiss, proceed promptly with general discovery.

---

[1] Defendant BAM disagrees that its purported "privacy policy BIPA updates" have any bearing on Plaintiff's need for jurisdictional discovery of BCM (a different defendant in this case) or, more fundamentally, the claims in Plaintiff's First Amended Complaint. In fact, Defendant BAM last updated its privacy policy on April 8, 2022, several months before Plaintiff even sought leave from the Court to pursue jurisdictional discovery in this matter.

DATED:  October 27, 2022

| | |
|---|---|
| */s/ Joel D. Beckwith* | */s/ Debra R. Bernard* (with consent) |
| | |
| Joel D. Beckwith | Susan D. Fahringer |
| Shane M. Moskop | Nicola C. Menaldo (Pro Hac Vice) |
| FREEARK, DENNIS, MURPHY & MOSKOP, P.C. | Anna Mouw Thompson (Pro Hac Vice) |
| | PERKINS COIE LLP |
| 115 W. Washington Street, P.O. Box 546 | 1201 Third Avenue, Suite 4900 |
| Belleville, IL 62222-0546 | Seattle, WA  98101-3099 |
| jbeckwith@freeark.com | Telephone: (206) 359-8000 |
| smoskop@freeark.com | Facsimile: (206) 359-9000 |
| 618-233-2686 - 618-233-5677(fax) | SFahringer@Perkisncoie.com |
| | NMenaldo@Perkinscoie.com |
| Katrina Carroll | AnnaThompson@perkinscoie.com |
| Kyle Shamberg | |
| LYNCH CARPENTER, LLP | Debra R. Bernard |
| 111 W. Washington Street | PERKINS COIE LLP |
| Suite 1240 | 110 North Wacker Drive |
| Chicago, IL 60602 | 34th Floor |
| katrina@lcllp.com | Chicago, IL 60606 |
| kyle@lcllp.com | Telephone: (312) 324-8400 |
| 312-750-1265 - 773-598-5609 (fax) | Facsimile: (312) 324-9400 |
| | DBernard@perkinscoie.com |
| *Attorneys for Plaintiff and the Putative Class* | |
| | *Attorneys for Defendant Jumio Corporation* |

| | |
|---|---|
| /s/ Jacob L. Kahn (with consent) | /s/ Daniel Roeser (with consent) |

Alexander H. Southwell (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3981
asouthwell@gibsondunn.com

Jacob L. Kahn, #6296867 (pro hac vice)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
jkahn@rshc-law.com

*Attorneys for Defendant Binance Capital Management Co., Ltd.*

Daniel Roeser (pro hac vice)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
droeser@goodwinlaw.com

Brendan R. Blake (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
bblake@goodwinlaw.com

Megan D. Bettles (pro hac vice)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
mbettles@goodwinlaw.com

*Attorneys for Defendant BAM Trading Services Inc.*