# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Kuklineski ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:21-cv-01425-SPM |
| Binance Capital Management Co., Ltd. et al ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of BAM Trading Services Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: 300267 (See Attachment A for Admissions).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Apr 25, 2023
Date

*Signature of Movant*

520 Broadway, Suite 500
Street Address

Sylvia Rae Ewald
Printed Name

Santa Monica, CA 90401
City, State, Zip

Sylvia R. Ewald's Admissions
as of April 25, 2023

| Name of Court | Date of Admission | Active Member in Good Standing? | Number |
|---|---|---|---|
| Illinois | 11/10/2011 | Inactive Member | 6305888 |
| U.S. Court of Appeals, Seventh Circuit | 4/16/2013 | Yes | |
| California | 12/1/2014 | Yes | 300267 |
| New York | 10/14/2015 | Yes | 5375159 |
| U.S. District Court, Southern District of New York | 5/31/2016 | Yes | |
| U.S. District Court, Eastern District of New York | 6/2/2016 | Yes | |
| U.S. District Court, Central District of California | 10/11/2016 | Yes | |
| U.S. Court of Appeals, Ninth Circuit | 2/2018 | Yes | |
| Minnesota | 8/14/2020 | Yes | 0401655 |
| U.S. District Court, Northern District of California | 9/18/2020 | Yes | |
| U.S. District Court, District of Minnesota | 1/15/2021 | Yes | |
| U.S. District Court, District of Southern California | 3/6/2023 | Yes | |