# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, | |
| Plaintiff, | Case No.:   21-CV-1425-SPM |
| v. | CJRA Track: D |
| BINANCE CAPITAL MANAGEMENT CO., LTD, et al. | Presumptive Trial Month: November 2024 |
| Defendants. | |

## ORDER ADOPTING AMENDED JOINT REPORT AND PROPOSED SCHEDULING AND DISCOVERY ORDER

**MCGLYNN, District Judge:**

Having reviewed the Amended Joint Report of the Parties and Proposed Amended Scheduling Order, the Court approves and enters the same as Exhibit 1 herein.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under Federal Rule of Civil Procedure 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to Federal Rule of Civil Procedure 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact (1) the date

of any court appearance, (2) the deadline for completing the mandatory mediation session or the mandatory mediation process (if applicable), (3) the deadline for completing all discovery, or (4) the deadline for filing dispositive motions.

**IT IS SO ORDERED.**

**DATE: April 27, 2024**

*s/ Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**District Judge**