IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI<br>**Plaintiff,**<br><br>vs<br><br>BINANCE CAPITAL<br>MANAGEMENT CO., LTD., ET AL.,<br><br>**Defendants.** | **CIVIL NO.** 21-CV-1425-SPM<br><br>**CJRA TRACK:** D<br><br>**PRESUMPTIVE TRIAL MONTH:**<br>November 2024<br><br>**JUDGE:** Hon. Stephen P. McGlynn |

## AMENDED JOINT REPORT OF THE PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER
## (CLASS ACTION)

Pursuant to Federal Rule of Civil Procedure 26(f), SDIL-LR 26.1, and SDIL-LR 23.1, an initial conference of the parties was held on April 24, 2023 with attorneys Joel Beckwith, Shane Moskop, Kyle Shamberg, Daniel Roeser, Sylvia Ewald, Anna Mouw Thompson, and Kayla Lindgren participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Discovery prior to Class Certification must be sufficient to permit the Court to determine whether the requirements of Federal Rule of Civil Procedure 23 are satisfied, including a sufficient inquiry into the merits of the case to ensure appropriate management of the case as a Class Action. Once class certification is decided, the Court will schedule an additional conference with the parties to address entering a new discovery order, addressing any additional merits discovery needed as necessary.

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 and SDIL-LR 33.1, shall be served on opposing parties by Friday, June 2, 2023.

   Federal Rules of Civil Procedure 30(a)(2)(A) (10 deposition limit) and 33(a) (25 interrogatory limit) shall provide the limitations on depositions and interrogatories.

3. Plaintiff(s) depositions shall be taken by Monday, October 2, 2023.

4. Defendant(s) depositions shall be taken by Friday, November 3, 2023.

*Rev 12/19*

5. Third Party actions must be commenced by Friday, <u>July 21, 2023</u> (which date shall be no late than 90 days following the scheduling conference).

6. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff(s) expert(s): Friday, <u>November 10, 2023</u>.

   Defendant(s) expert(s): Friday, <u>January 12, 2024</u>.

   Plaintiff(s) rebuttal expert(s): Friday, <u>January 26, 2024</u>.

7. Depositions of Class Certification expert witnesses must be taken by:

   Plaintiff(s) expert(s): Friday, <u>February 23, 2024</u>.

   Defendant(s) expert(s): Friday, <u>February 23, 2024</u>.

8. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☒ do ☐ do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than Friday, <u>June 23, 2023</u>. (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

9. Plaintiff(s) Motion for Class Certification and Memorandum in Support shall be filed by Friday, <u>March 1, 2024</u> (such date shall be no later than 8 months prior to the first day of the presumptive trial month or the first day of the month of the trial setting) and shall not exceed <u>40</u> pages.

10. Defendant(s) Memorandum in Opposition to Class Certification shall be filed by Monday, <u>April 15, 2024</u> and shall not exceed <u>40</u> pages.

11. Plaintiff(s) Reply Memorandum, if any, must be filed by Tuesday, <u>April 30, 2024</u> and shall not exceed <u>20</u> pages.

12. The Class Certification hearing, if any, will be set by separate notice.

13. The parties are reminded that, prior to filing any motions concerning discovery, they are first directed to meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference. If the dispute cannot be resolved in the first conference, the Court will establish, with

the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED:  April 26, 2023

| | |
|---|---|
| */s/ Joel D. Beckwith* (with consent) | */s/ Anna Mouw Thompson* |
| Joel D. Beckwith<br>Shane M. Moskop<br>FREEARK, DENNIS, MURPHY & MOSKOP, P.C.<br>115 W. Washington Street, P.O. Box 546<br>Belleville, IL 62222-0546<br>jbeckwith@freeark.com<br>smoskop@freeark.com<br>618-233-2686 – 618-233-5677 (fax) | Susan D. Fahringer<br>Nicola C. Menaldo (Pro Hac Vice)<br>Anna Mouw Thompson (Pro Hac Vice)<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>SFahringer@Perkisncoie.com<br>NMenaldo@Perkinscoie.com<br>AnnaThompson@perkinscoie.com<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| Katrina Carroll<br>Kyle Shamberg<br>LYNCH CARPENTER, LLP<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>katrina@lcllp.com<br>kyle@lcllp.com<br>312-750-1265 – 773-598-5609 (fax) | Debra R. Bernard<br>PERKINS COIE LLP<br>110 North Wacker Drive, 34th Floor<br>Chicago, IL 60606<br>DBernard@perkinscoie.com<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400 |
| *Attorneys for Plaintiff and the Putative Class* | *Attorneys for Defendant Jumio Corporation* |

*Rev 12/19*

/s/ Daniel Roeser

Daniel Roeser (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
DRoeser@goodwinlaw.com
Telephone: (212) 813-8800

Sylvia R. Ewald (admitted *pro hac vice*)
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA 90401
SEwald@goodwinlaw.com
Telephone: (424) 252-6400

Brendan R. Blake (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
BBlake@goodwinlaw.com
Telephone: (617) 570-1000

Megan D. Bettles (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
MBettles@goodwinlaw.com
Telephone: (415) 733-6000

*Attorneys for Defendant BAM Trading Services Inc.*