# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:21-cv-01425-SPM |
| BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED PROTECTIVE ORDER

Plaintiff Kamil Kuklinski and Defendants BAM Trading Services Inc. and Jumio

Corporation hereby jointly move this Court for entry of their proposed agreed Protective Order, a

copy of which is attached hereto as **Exhibit A**. The parties have also sent a copy of the Protective

Order to the Court's proposed order inbox.

Date: August 7, 2023

/s/ *Kyle Shamberg*                                        /s/ *Anna Mouw Thompson* (with consent)

Kyle Shamberg                                             Susan D. Fahringer
Katrina Carroll                                           Nicola C. Menaldo (Pro Hac Vice)
LYNCH CARPENTER, LLP                                      Anna Mouw Thompson (Pro Hac Vice)
111 W. Washington Street, Suite 1240                      1201 Third Avenue, Suite 4900
Chicago, IL 60602                                         Seattle, WA 98101-3099
katrina@lcllp.com                                         SFahringer@Perkinscoie.com
kyle@lcllp.com                                            NMenaldo@Perkinscoie.com
312-750-1265 – 773-598-5609 (fax)                         AnnaThompson@perkinscoie.com
                                                          Telephone: (206) 359-8000
Joel D. Beckwith                                          Facsimile: (206) 359-9000
Shane M. Moskop
FREEARK, DENNIS, MURPHY & MOSKOP, P.C.
115 W. Washington Street, P.O. Box 546

Belleville, IL 62222-0546
jbeckwith@freeark.com
smoskop@freeark.com
618-233-2686 – 618-233-5677 (fax)

*Attorneys for Plaintiff and the Putative Class*

Debra R. Bernard
PERKINS COIE LLP
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
DBernard@perkinscoie.com
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Attorneys for Defendant Jumio Corporation*

/s/ Daniel Roeser (with consent)

Daniel Roeser (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
DRoeser@goodwinlaw.com
Telephone: (212) 813-8800

Sylvia R. Ewald (admitted *pro hac vice*)
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA 90401
SEwald@goodwinlaw.com
Telephone: (424) 252-6400

Brendan R. Blake (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
BBlake@goodwinlaw.com
Telephone: (617) 570-1000

Megan D. Bettles (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
MBettles@goodwinlaw.com
Telephone: (415) 733-6000

*Attorneys for Defendant BAM Trading Services Inc.*