**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

KAMIL KUKLINSKI, individually and )
on behalf of all others similarly situated, )
)
      Plaintiff, )
)
v. )      Case No.:  3:21-cv-01425-SPM
)
BINANCE CAPITAL MANAGEMENT )
CO., LTD. d/b/a BINANCE, BAM )
TRADING SERVICES INC. d/b/a )
BINANCE.US and JUMIO )
CORPORATION, )
)
      Defendants. )

## <u>JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE</u>

Plaintiff Kamil Kuklinski and Defendants BAM Trading Services Inc. and Jumio Corporation (collectively the "Parties") hereby jointly move this Court to extend the current deadlines in the case scheduling order by ninety (90) days each.  This is the Parties' first request for an extension.  In support of this motion, the Parties state as follows:

On April 27, 2023, the Court entered the Parties' Proposed Scheduling & Discovery Order with some slight modifications.  ECF Doc. No. 89-1.

Pursuant to that schedule, the Parties entered into an agreed protective order and ESI protocol and exchanged written discovery requests and responses.

Each side has identified what it believes to be deficiencies with the opposing side's discovery objections and responses and document production(s).  The Parties have been working diligently to resolve these issues, exchanging written correspondence on August 22nd, September 6th, September 12th, September 14th, September 18th, and September 25th and conferring

telephonically and/or via Zoom on September 6th, 7th, and 21st.  While the Parties have made progress, several disputes remain outstanding.

The Parties have conferred and agree that a 90-day extension of the case schedule is appropriate and necessary for the Parties to resolve their disputes, complete document production, and allow a reasonable time for the opposing side to review those documents and conduct oral discovery prior to the filing of Plaintiff's motion for class certification.

Whereas, the Parties therefore jointly propose that the Court extend the deadlines in the existing case schedule by ninety (90) days each and enter the amended schedule below.

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Witness Depositions to be Completed | November 3, 2023 | February 1, 2024 |
| Plaintiffs' Expert Disclosures | November 10, 2023 | February 8, 2024 |
| Defendants' Expert Disclosures | January 12, 2024 | April 11, 2024 |
| Plaintiffs' Rebuttal Expert Disclosures | January 26, 2024 | April 25, 2024 |
| Depositions of Class Certification Expert(s) | February 23, 2024 | May 23, 2024 |
| Plaintiff's Motion for Class Certification | March 1, 2024 | May 30, 2024 |
| Defendants' Opposition to Class Certification | April 15, 2024 | July 15, 2024 |
| Plaintiff's Reply on Class Certification | April 30, 2024 | July 29, 2024 |

Date: September 28, 2023

*/s/ Joel D. Beckwith*
Joel D. Beckwith
Shane M. Moskop
FREEARK, DENNIS, MURPHY & MOSKOP, P.C.
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
jbeckwith@freeark.com
smoskop@freeark.com
618-233-2686 – 618-233-5677 (fax)

*/s/ Anna Mouw Thompson*
Susan D. Fahringer
Nicola C. Menaldo (Pro Hac Vice)
Anna Mouw Thompson (Pro Hac Vice)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
SFahringer@Perkinscoie.com
NMenaldo@Perkinscoie.com
AnnaThompson@perkinscoie.com
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

/s/ Kyle A. Shamberg
Katrina Carroll
Kyle Shamberg
LYNCH CARPENTER, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
katrina@lcllp.com
kyle@lcllp.com
312-750-1265 – 773-598-5609 (fax)


*Attorneys for Plaintiff and the Putative Class*

Debra R. Bernard
PERKINS COIE LLP
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
DBernard@perkinscoie.com
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Attorneys for Defendant Jumio Corporation*

/s/ Sylvia R. Ewald
Daniel Roeser (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
DRoeser@goodwinlaw.com
Telephone: (212) 813-8800

Sylvia R. Ewald (admitted *pro hac vice*)
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA 90401
SEwald@goodwinlaw.com
Telephone: (424) 252-6400

Brendan R. Blake (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
BBlake@goodwinlaw.com
Telephone: (617) 570-1000

Megan D. Bettles (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
MBettles@goodwinlaw.com
Telephone: (415) 733-6000

*Attorneys for Defendant BAM Trading
Services Inc.*