IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO, LTD., et al.<br><br>        Defendants. | Case No. 3:21-cv-01425-SPM |

# ORDER GRANTING EXTENSION

**MCGLYNN, District Judge:**

Plaintiff Kamil Kuklinski and Defendants BAM Trading Services, Inc. and Jumio Corporation have filed a Joint Motion for Extension of Discovery Schedule (Doc. 94). Having reviewed the motion, the Court approves it and **EXTENDS** the prior Scheduling Order in the following ways:

1. Fact witness depositions shall be completed by February 1, 2024;

2. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to the Federal Rule of Civil Procedure 26(a)(2), as follows:

    a. Plaintiff's expert(s): February 8, 2024;
    b. Defendant's expert(s): April 11, 2024;
    c. Plaintiff's rebuttal expert(s): April 25, 2024.

3. Depositions of Class Certification expert witnesses must be taken by May 23, 2024;

4. Plaintiff(s) Motion for Class Certification and Memorandum in Support shall be filed by May 30, 2024.

5.  Defendant(s) Memorandum in Opposition to Class Certification shall be filed by July 15, 2024.

6.  Plaintiff(s) Reply Memorandum, if any, must be filed by July 29, 2024.

7.  All page limitations remain in effect.

**IT IS SO ORDERED.**

**DATED: October 10, 2023**

*s/ Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**District Judge**