# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>Defendants. | Case No.: 3:21-cv-01425-SPM |

## JOINT STATUS REPORT

Plaintiff Kamil Kuklinski and Defendants BAM Trading Services Inc. and Jumio Corporation (collectively, the "Parties")[1] submit this joint status report per the Court's December 8, 2023 Order, ECF Doc. No. 98.

The Parties have agreed to pursue private mediation in this matter and had scheduled a session on January 19, 2024. Due to unforeseen circumstances, however, the Parties were unable to proceed with the mediation on the 19th. They are currently working together to reschedule the mediation for the earliest practicable date and propose submitting an updated joint status report, no later than February 2, 2024, confirming the new mediation date.

Dated: January 26, 2024

---

[1] Defendant Binance Capital Management Co., Ltd. was dismissed on jurisdictional grounds by order dated April 4, 2023, ECF Doc. No. 84.

Respectfully Submitted,

| | |
|---|---|
| */s/ Kyle Shamberg* | */s/ Susan Fahringer* |

Joel D. Beckwith
Shane M. Moskop
FREEARK, DENNIS, MURPHY & MOSKOP, P.C.
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
jbeckwith@freeark.com
smoskop@freeark.com
618-233-2686 – 618-233-5677 (fax)

Katrina Carroll
Kyle Shamberg
LYNCH CARPENTER, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
katrina@lcllp.com
kyle@lcllp.com
312-750-1265 – 773-598-5609 (fax)

*Attorneys for Plaintiff and the Putative Class*

Susan D. Fahringer
Nicola C. Menaldo (Pro Hac Vice)
Anna Mouw Thompson (Pro Hac Vice)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
SFahringer@Perkinscoie.com
NMenaldo@Perkinscoie.com
AnnaThompson@perkinscoie.com
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Debra R. Bernard
PERKINS COIE LLP
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
DBernard@perkinscoie.com
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Attorneys for Defendant Jumio Corporation*


*/s/ Daniel Roeser*

Daniel Roeser (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
DRoeser@goodwinlaw.com
Telephone: (212) 813-8800

Sylvia R. Ewald (admitted *pro hac vice*)
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA 90401
SEwald@goodwinlaw.com
Telephone: (424) 252-6400

Brendan R. Blake (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue

Boston, MA 02210
BBlake@goodwinlaw.com
Telephone: (617) 570-1000

Megan D. Bettles (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
MBettles@goodwinlaw.com
Telephone: (415) 733-6000

*Attorneys for Defendant BAM Trading Services, Inc.*