IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI<br>**Plaintiff,**<br><br>vs<br><br>BINANCE CAPITAL<br>MANAGEMENT CO., LTD., ET AL.,<br><br>**Defendants.** | **CIVIL NO.** 21-CV-1425-SPM<br><br>**CJRA TRACK:** D<br><br>**PRESUMPTIVE TRIAL MONTH:** July 2025<br><br>**JUDGE:** Hon. Stephen P. McGlynn |

## JOINT REPORT OF THE PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER (CLASS ACTION)

Pursuant to Federal Rule of Civil Procedure 26(f), SDIL-LR 26.1, and SDIL-LR 23.1, an initial conference of the parties was held on July 15, 2024 with attorneys Joel D. Beckwith, Katrina Carroll, Kyle Shamberg, Alexander Southwell, Jacob Kahn, Daniel P. Roeser, Brendan R. Blake, Megan D. Bettles, Susan Fahringer, Anna Mouw Thompson, Debra R. Bernard, Daniel P. Roeser, Sylvia R. Ewald, Anna Mouw Thompson, and Kayla Lindgren participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Discovery prior to Class Certification must be sufficient to permit the Court to determine whether the requirements of Federal Rule of Civil Procedure 23 are satisfied, including a sufficient inquiry into the merits of the case to ensure appropriate management of the case as a Class Action. Once class certification is decided, the Court will schedule an additional conference with the parties to address entering a new discovery order, addressing any additional merits discovery needed as necessary.

2. Plaintiff(s) depositions shall be taken by Friday, October 18, 2024.

3. Defendant(s) depositions shall be taken by Friday, October 18, 2024.

4. Third Party actions must be commenced by Friday, August 9, 2024 (which date shall be no later than 90 days following the scheduling conference).

5. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff(s) expert(s): Friday, September 20, 2024.

    Defendant(s) expert(s): Friday, October 18, 2024.

6. Depositions of Class Certification expert witnesses must be taken by:

    Plaintiff(s) expert(s): Friday, October25, 2024.

    Defendant(s) expert(s):  Friday, October 25, 2024.

7. Plaintiff(s) Motion for Class Certification and Memorandum in Support shall be filed by Friday, November 1, 2024 (such date shall be no later than 8 months prior to the first day of the presumptive trial month or the first day of the month of the trial setting) and shall not exceed 40 pages.

8. Defendant(s) Memorandum in Opposition to Class Certification shall be filed by Friday, December 20, 2024 and shall not exceed 40 pages.

9. Plaintiff(s) Reply Memorandum, if any, must be filed by Friday, January 3, 2025 and shall not exceed 20 pages.

10. The Class Certification hearing, if any, will be set by separate notice.

11. The parties are reminded that, prior to filing any motions concerning discovery, they are first directed to meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference.  If the dispute cannot be resolved in the first conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED:  July 19, 2024

| | |
|---|---|
| */s/ Kyle Shamberg* | */s/ Susan D. Fahringer* |
| Katrina Carroll | Susan D. Fahringer |
| Kyle Shamberg | Nicola C. Menaldo (Pro Hac Vice) |
| LYNCH CARPENTER LLP | Anna Mouw Thompson (Pro Hac Vice) |
| 111 W. Washington Street, Suite 1240 | PERKINS COIE LLP |
| Chicago, IL 60602 | 1201 Third Avenue, Suite 4900 |
| Katrina@lcllp.com | Seattle, WA 98101-3099 |
| Kyle@lcllp.com | SFahringer@Perkisncoie.com |
| 312-750-1265 – 773-598-5609 (fax) | NMenaldo@Perkinscoie.com |
| | AnnaThompson@perkinscoie.com |
| Joel D. Beckwith | 206-359-8000 – 206-359-9000 (fax) |
| Shane M. Moskop | |
| FREEARK, DENNIS, MURPHY | Debra R. Bernard |
| & MOSKOP, P.C. | PERKINS COIE LLP |
| 115 W. Washington Street, P.O. Box 546 | 110 North Wacker Drive, 34th Floor |
| Belleville, IL 62222-0546 | Chicago, IL 60606 |
| jbeckwith@freeark.com | DBernard@perkinscoie.com |
| smoskop@freeark.com | 312-324-8400 – 312-324-9400 (fax) |
| 618-233-2686 – 618-233-5677 (fax) | |
| | |
| Attorneys for Plaintiff and Putative Class | Attorneys for Defendant, Jumio Corp. |

*/s/ Daniel Roeser*
Daniel Roeser (pro hac vice)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
droeser@goodwinlaw.com

Brendan R. Blake (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
bblake@goodwinlaw.com

Megan D. Bettles (pro hac vice)
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
mbettles@goodwinlaw.com

Attorneys for Defendant BAM Trading Services Inc.