# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMIL KUKLINSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE CAPITAL MANAGEMENT CO., LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US and JUMIO CORPORATION,<br><br>    Defendants. | Case No.: 3:21-cv-01425-SPM |

## STIPULATION OF DISMISSAL

Plaintiff Kamil Kuklinski and Defendants BAM Trading Services Inc. and Jumio Corporation[1], by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  December 5, 2024

**STIPULATED AND AGREED TO:**

Respectfully Submitted,

| | |
|---|---|
| */s/ Kyle Shamberg*<br>Katrina Carroll<br>Kyle Shamberg<br>LYNCH CARPENTER, LLP<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>katrina@lcllp.com<br>kyle@lcllp.com<br>312-750-1265 – 773-598-5609 (fax) | */s/ Susan Fahringer (with consent)*<br><br>Susan D. Fahringer<br>Nicola C. Menaldo (Pro Hac Vice)<br>Anna Mouw Thompson (Pro Hac Vice)<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>SFahringer@Perkinscoie.com<br>NMenaldo@Perkinscoie.com |

---

[1] Defendant Binance Capital Management Co., Ltd. was dismissed on jurisdictional grounds by order dated April 4, 2023, ECF Doc. No. 84.

| | |
|---|---|
| Joel D. Beckwith (*Of Counsel*)<br>Shane M. Moskop<br>FREEARK, DENNIS, MURPHY & MOSKOP, P.C.<br>115 W. Washington Street, P.O. Box 546<br>Belleville, IL 62222-0546<br>jbeckwith@freeark.com<br>smoskop@freeark.com<br>618-233-2686 – 618-233-5677 (fax)<br><br>*Attorneys for Plaintiff and the Putative Class* | AnnaThompson@perkinscoie.com<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br><br>Debra R. Bernard<br>PERKINS COIE LLP<br>110 North Wacker Drive, 34th Floor<br>Chicago, IL 60606<br>DBernard@perkinscoie.com<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400<br><br>*Attorneys for Defendant Jumio Corporation*<br><br>*/s/ Daniel Roeser (with consent)*<br><br>Daniel Roeser (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>DRoeser@goodwinlaw.com<br>Telephone: (212) 813-8800<br><br>Sylvia R. Ewald (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>520 Broadway, Suite 500<br>Santa Monica, CA 90401<br>SEwald@goodwinlaw.com<br>Telephone: (424) 252-6400<br><br>Brendan R. Blake (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>BBlake@goodwinlaw.com<br>Telephone: (617) 570-1000<br><br>Megan D. Bettles (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>MBettles@goodwinlaw.com<br>Telephone: (415) 733-6000 |

*Attorneys for Defendant BAM Trading Services Inc.*

ACTIVE/134395574.1